UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRISTOPHER GJEKAJ et al.,

                              **Plaintiffs,**

              -against-

SHOREHAVEN HOMEOWNERS
ASSOCIATION, INC., et al.,

                              **Defendants.**

------------------------------------------------------------X

19-CV-00817 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on September 13, 2019, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on November 13, 2019. ECF No. 30. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     November 25, 2019
                 New York, New York